1  X-PATENTS, APC
2  JONATHAN HANGARTNER, Cal. Bar No. 196268
   5670 La Jolla Blvd.
3  La Jolla, CA 92037
   Telephone: 858-454-4313
4  Facsimile: 858-454-4314
5  jon@x-patents.com

6  Attorneys for Plaintiff SureFire, LLC

7

8              UNITED STATES DISTRICT COURT

9              SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUREFIRE, LLC, a California company,<br><br>Plaintiff,<br><br>v.<br><br>JETBEAM USA, a Massachusetts company; BUGOUT USA, a Massachusetts company; FLAVIO PELLEGRINO, an individual residing in the State of Massachusetts; and SYSMAX INDUSTRY TRADING COMPANY, a company located in the People's Republic of China,<br><br>Defendants. | Case No. 3:12-cv-00121 (IEG)(MDD)<br><br>**NOTICE OF DISMISSAL OF DEFENDANT SYSMAX INDUSTRY TRADING COMPANY**<br><br>Hon. Irma E. Gonzalez |

1

-2-

1  **PLEASE TAKE NOTICE** that Plaintiff SureFire, LLC, pursuant to Federal Rule
2  of Civil Procedure 41(a)(1), hereby voluntarily dismisses all claims against Defendant
3  Sysmax Industry Trading Company in this action without prejudice.

Dated:  September 13, 2012        X-PATENTS, APC

                                  By:    /s/Jonathan Hangartner
                                         JONATHAN HANGARTNER

                                  Attorneys for Plaintiff SureFire, LLC

**CERTIFICATE OF SERVICE**

On September 13, 2012, a true and correct copy of the foregoing document was served to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4.

Executed on September 13, 2012, at San Diego, California.

s/ Jonathan Hangartner<br>Jonathan Hangartner