On Lu, Esq., (BN 242,693)
*on.lu@novakdruce.com*
NOVAK DRUCE CONNOLLY BOVE QUIGG LLP
555 Mission Street, 34th Floor
San Francisco, CA 94105
Telephone: (415) 814-6144
Fax: (415) 814-6165

Attorneys for Defendants:
EAGTAC, LLC., POWERTAC, LLC., and JIAN LI

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SUREFIRE, LLC,<br><br>          Plaintiff,<br><br>     vs.<br><br>JETBEAM USA, et al.,<br><br>          Defendants. | CASE NO.: 12-cv-00121 JLS (MDD) and Consolidated Cases<br><br>**REQUEST FOR WITHDRAWAL OF COUNSEL** |

TO THE COURT, ALL PARTIES AND ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Alper T. Ertas is no longer counsel of record for Defendants EAGTAC, LLC., POWERTAC, LLC., AND JIAN LI.  Mr. Ertas is no longer with the firm Novak Druce Connolly Bove + Quigg.  The remaining lawyers at Novak Druce Connolly Bove + Quigg, LLP will remain as counsel for Defendants in the matter.

Please remove Mr. Ertas from all future notifications and mailings in this matter.

Date: May 8, 2014                    NOVAK DRUCE CONNOLLY BOVE + QUIGG LLP


                         By: s/ On Lu
                              On Lu
                              Attorneys for Defendants:
                              EAGTAC, LLC., POWERTAC, LLC., and JIAN LI

- 1 –
REQUEST FOR WITHDRAWAL OF COUNSEL

**CERTIFICE OF SERVICE**

The undersigned certifies that on May 8, 2014, the foregoing document was electronically filed with the Clerk of the Court for the UNITED STATES DISTRICT COURT, SO. DISTRICT OF CALIFORNIA, using Court's Electronic Case Filing (ECF) system. The ECF system routinely sends a "Notice of Electronic Filing" to all attorneys of record who have consented to accept this notice as service of this document by electronic means.

Date: May 8, 2014                NOVAK DRUCE CONNOLLY BOVE + QUIGG LLP


                    By: s/ On Lu
                        On Lu